IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Shurray

Printed: 12/13/07

Case Number: 05 B 46863
Judge: Wedoff, Eugene R
Filed: 10/11/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 13, 2007
Confirmed: January 5, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,872.00 | |
| Secured: | | 526.63 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,146.82 |
| Trustee Fee: | | 198.55 |
| Other Funds: | | 0.00 |
| Totals: | 3,872.00 | 3,872.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 3,152.00 | 3,146.82 |
| 2. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 3. | Household Beneficial | Secured | 1,092.82 | 46.14 |
| 4. | Centrix Financial A/K/A FlatIron Fin | Secured | 11,746.63 | 480.49 |
| 5. | Washington Mutual Home Loan | Secured | 4,579.21 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 81.00 | 0.00 |
| 7. | Lender Sir Finance Corp | Unsecured | 74.80 | 0.00 |
| 8. | Brother Loan & Finance | Unsecured | 68.36 | 0.00 |
| 9. | Long Beach Acceptance Corp | Unsecured | 117.89 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 9.60 | 0.00 |
| 11. | Washington Mutual Home Loan | Secured | | No Claim Filed |
| 12. | Harlem Furniture | Secured | | No Claim Filed |
| 13. | Washington Mutual Home Loan | Secured | | No Claim Filed |
| 14. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 15. | Bank One | Unsecured | | No Claim Filed |
| 16. | Guaranty Bank | Unsecured | | No Claim Filed |
| 17. | Harlem Furniture | Unsecured | | No Claim Filed |
| 18. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 20. | CorTrust Bank | Unsecured | | No Claim Filed |
| 21. | Elmhurst Clinic | Unsecured | | No Claim Filed |
| 22. | Loyola Medical Center | Unsecured | | No Claim Filed |
| 23. | Marcus Wright DDS | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | Purdom's Suburban Music | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Davis, Shurray | Case Number: 05 B 46863 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 12/13/07 | Filed: 10/11/05 |

| 26. | Providian | Unsecured | | No Claim Filed |
|---|---|---|---|---|
| 27. | SBC | Unsecured | | No Claim Filed |
| 28. | VIP Cash | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 20,922.31 | $ 3,673.45 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 89.87 |
| 5% | 31.50 |
| 4.8% | 77.18 |
| | _____ |
| | $ 198.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____